

# In the
# Court of Appeals
# Second Appellate District of Texas
# at Fort Worth

No. 02-18-00389-CV

| | | |
|---|---|---|
| P.C. AS NEXT FRIEND OF C.C., A MINOR, Appellant | § | On Appeal from the 352nd District Court |
| | § | of Tarrant County (352-303940-18) |
| V. | § | August 26, 2019 |
| | § | |
| E.C., Appellee | | Opinion by Chief Justice Sudderth |

## JUDGMENT

This court has considered the record on appeal in this case and holds that there was no error in the trial court's judgment. It is ordered that the judgment of the trial court is affirmed.

It is further ordered that appellant P.C. as next friend of C.C., a Minor, shall pay all of the costs of this proceeding, for which let execution issue.

SECOND DISTRICT COURT OF APPEALS

By   /s/ Bonnie Sudderth  
     Chief Justice Bonnie Sudderth